<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2063**

_____

VAUGHN V. BRYANT,

Plaintiff - Appellant,

versus

NORDSTROM, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-98-1316-A)

_____

Submitted:  January 25, 2000          Decided:  February 4, 2000

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Vaughn V. Bryant, Appellant Pro Se.  Stephen William Robinson, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., McLean, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vaughan Bryant appeals the district court's order enforcing a settlement agreement with Nordstrom, Inc. Bryant alleges that he never agreed to the settlement, and the actions of his counsel were not binding on him. We review the district court's order of enforcement for abuse of discretion. <u>Young v. Federal Deposit Ins. Corp.</u>, 103 F.3d 1180, 1194 (4th Cir. 1997). Having reviewed the record and materials submitted to this court, we conclude that the district court did not abuse its discretion in ruling that the parties had reached a settlement agreement and in ordering enforcement of that agreement. We deny Nordstrom, Inc.'s motion for sanctions pursuant to Fed. R. App. P. 38. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2